UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: SYNGENTA AG MIR162 CORN
LITIGATION                                                                            MDL No. 2591

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO –77)

On December 11, 2014, the Panel transferred 8 civil action(s) to the United States District Court for the District of Kansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 65 F.Supp.3d 1401 (J.P.M.L. 2014). Since that time, 2,388 additional action(s) have been transferred to the District of Kansas. With the consent of that court, all such actions have been assigned to the Honorable John W. Lungstrum.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Kansas and assigned to Judge Lungstrum.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Kansas for the reasons stated in the order of December 11, 2014, and, with the consent of that court, assigned to the Honorable John W. Lungstrum.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Kansas. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jan 12, 2017

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

ECF
DOCUMENT
I hereby attest and certify that this is a
printed copy of a document which was
electronically filed with the United States
District Court for the District of Kansas
Date filed: 1-12-17
Clerk, U.S. District Court
By_____ Deputy Clerk

IN RE: SYNGENTA AG MIR162 CORN LITIGATION

MDL No. 2591

### SCHEDULE CTO-77 – TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ARKANSAS EASTERN | | | |
| ARE | 4 | 16-00913 | Stracener et al v. Syngenta AG et al |
| NEW MEXICO | | | |
| NM | 1 | 16-01381 | Poling et al v. Syngenta AG et al |
| NORTH CAROLINA EASTERN | | | |
| NCE | 4 | 16-00296 | Benson and Russ, Inc. et al v. Syngenta AG et al |
| SOUTH DAKOTA | | | |
| SD | 4 | 16-04174 | Triple K Farms et al v. Syngenta AG et al |
| WISCONSIN EASTERN | | | |
| WIE | 2 | 16-01685 | Hammerstrom v. Syngenta AG et al |